UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | No. 2:13-cv-1240 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| THE CALIFORNIA DEP'T OF CORRECTIONS, ET AL., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Plaintiff's original and first complaints were previously dismissed and, on February 6, 2014, plaintiff was directed to file a second amended complaint on or before March 6, 2014. See ECF No. 10. On March 5, 2014, plaintiff filed a motion for a 60-day extension of time to file his amended pleading. Plaintiff made this request in light of another case that he had pending in the Ninth Circuit Court of Appeal, which needed to be addressed by March 13, 2014. See ECF No. 11. Because that deadline was only one week after the court's March 6, 2014 deadline, the court granted plaintiff's motion in part and directed him to file his amended pleading by April 6, 2014, 30 days past the original deadline. ECF No. 12.

On April 7, 2014, plaintiff filed a second motion for extension of time, asserting that he now has cases pending with the Labor Commissioner of California, the Ninth Circuit Court of Appeal, and an as-yet unfiled complaint in the Northern District of California. ECF No. 13.

1

1  Plaintiff again seeks a 60-day extension of time to file his second amended complaint.  While it is
2  apparent that plaintiff has a rather heavy caseload for a pro se litigant, that fact does not relieve
3  plaintiff of his obligations in this case.  As of the date of this order, plaintiff has had more than 90
4  days to file his second amended complaint, which he has not yet filed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second motion for extension of time (ECF No. 13) is granted in part;
2. Plaintiff shall file his second amended complaint on or before June 3, 2014.  Failure to file a pleading by that date will result in a recommendation that this action be dismissed.  No further extensions of time shall be granted.

DATED: May 12, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE